UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ALAN BELLAMY,

    Petitioner,

v.                                  Case No. 1:06-CV-599

CINDI CURTIN,                      HON. GORDON J. QUIST

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has before it the report and recommendation of Magistrate Judge Brenneman filed on January 11, 2007, in which he recommended that Petitioner's petition for writ of habeas corpus be denied because it lacks merit on its face. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Thus, the Court will adopt the report and recommendation. Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued January 11, 2007 (docket no. 3) is **APPROVED AND ADOPTED** as the Opinion of this Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** because it lacks merit on its face.

This case is **concluded**.

Dated: February 14, 2007                              /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE